Buck **LITTLE, Petitioner, v. B. E. MOORE,** Justice of Peace, Pike County, Respondent.

Court of Appeals of Kentucky.
May 1, 1951.

V. R. Bentley, Pikeville, for petitioner.

L. D. May, Pikeville, for respondent.

CULLEN, Commissioner.

The respondent, the attorneys, the factual situation, and the relief sought, in this case, are the same as those in Bentley v. Moore, Ky., 239 S.W.2d 237.

It appearing, for the reasons stated in the Bentley case, that the petitioner in this case has an adequate remedy by appeal, his motion for a writ of prohibition is overruled and his petition is dismissed.